and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Flaherty, Appellant.

Argued December 6, 1973.

*Allen R. Krier,* for appellant; *Paul S. Foreman,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Forba, Appellant.

Submitted December 10, 1973. *Neil Carver,* for appellant; *David Richman* and *Bonnie Brigance Leadbetter,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Forba, Appellant.

Submitted December 10, 1973. *Neil Carver,* for appellant; *David Richman* and *Bonnie Brigance Leadbetter,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Foreman, Appellant.

Argued December 3, 1973. *Gene D. Cohen,* for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Freemont, Appellant.

Argued December 6, 1973. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attor-